## WALTON v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 30, September Term, 1963.]

*Decided March 6, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

This is an application to appeal from the denial of relief under a second petition for relief under the U.P.C.P.A. Under his first petition, all of his contentions were considered and rejected, after the court had appointed counsel to assist him. His present petition contains no grounds for relief which could not reasonably have been raised in his first; hence the trial court was justified in dismissing his petition. Maryland Rule BK48.

*Application denied.*